```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    |
RAYMOND BROWN,                      |
                                    |
            Petitioner,             |
                                    |      07 Civ. 5906 (KMW)
    -against-                       |
                                    |      ORDER
DARWIN LACLAIRE, Superintendent,    |
    Great Meadow Correctional       |
    Facility,                       |
                                    |
            Respondent.             |
                                    |
------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

   Petitioner Raymond Brown has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the Rules Governing Section 2254 Proceedings in the United States District Courts, the Court has reviewed the petition, and hereby orders Respondents to serve and file an answer by February 15, 2008.

   Respondents shall file with its answer all relevant parts of the state court record including, but not limited to, the trial transcript, sentencing minutes, trial court decision, appellate briefs, appellate decisions, and post-trial motions and decisions. Petitioner may serve and file reply papers by April 11, 2008.

   The Clerk of the Court is directed to serve, by certified mail, a copy of this Order and the underlying petition on the Respondents: (1) the Attorney General of the State of New York

1

and (2) the District Attorney of Bronx County, 198 East 161st Street, Bronx, NY 10541. The Clerk of the Court shall also mail a copy of this Order to Petitioner.

        SO ORDERED.

Dated:    New York, New York
            January 15, 2008

                                      */s/ Kimba M. Wood*
                                      Kimba M. Wood
                              United States District Judge