

**OFFICE OF THE DISTRICT ATTORNEY, Bronx County**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

**ROBERT T. JOHNSON**
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2494
Fax 590-6523

February 1, 2008

The Honorable Kimba M. Wood
Chief United States District Judge
Southern District of New York
500 Pearl Street – Room 1610
New York, New York 10007

**MEMO ENDORSED**

BY FAX

Re:  Raymond Brown v. Laclaire
     07 Civ. 5906 (KMW)

Dear Chief Judge Wood:

Our Office represents the respondent in the above-entitled habeas corpus proceeding. On January 29, 2008, our Office received from the Clerk's Office your January 15, 2008 Order, directing that a response be filed by February 15, 2008. Upon receipt of the Order, I immediately requisitioned the necessary materials, but I do not anticipate that I will obtain these materials in time to file our answer by February 15. Moreover, I am assigned to edit and answer several additional federal and state matters, including Fernandez v. Artus, 07 Civ. 2532 (RJS) (currently due on February 15, 2008) and Alexander v. Connell, 05 Civ. 9020 (WHP) (currently due March 10, 2008). Thus, it is necessary that I respectfully request an extension.

Accordingly, respondent requests that our time to respond to the merits of the petition be extended thirty days until March 17, 2008. No previous requests have been made. I have not sought or received consent from the incarcerated petitioner, who is proceeding pro se.

Granted
KMW

Thank you for your consideration in this matter.

Very truly yours,

NANCY D. KILLIAN
DEPUTY BUREAU CHIEF
APPEALS BUREAU

cc:
Raymond Brown
01-A-4847
Great Meadow Correctional Facility
P.O. Box 51
Comstock, NY 12821

Petitioner may serve and file reply papers by May 12, 2008.

COPIES MAILED

SO ORDERED, N.Y., N.Y.
KIMBA M. WOOD
U.S.D.J.
2-1-2008