Raymond Brown
01A4847
Great Meadow C.F.
Box 51
Comstock, NY 12821

MEMO ENDORSED

March 24, 2008.

The Honorable Kimba M. Wood
Chief United States District Judge
Southern District of New York
500 Pearl Street - Room 1610
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08
```

Re: Raymond Brown v. LaClaire
    07 Civ. 5906 (KMW)

Dear Chief Judge Wood:

On March 17, 2008, I the petitioner in the above entitled action, received from Assistant District Attorney Nancy D. Killian, a motion to Dismiss Pursuant to Fed. R. Civ. P. Rule 12(b)(6) and 28 U.S.C. 2244(D)(1). Upon receipt of the motion, I ~~released~~ relies that necessary materials are needed, but I do not anticipate that I will received these materials in time and also received adequate time in the facility Law Library to do researches in time to file an Affirmation in

Opposition to respondent's motion by March 28, 2008. Thus, it is necessary that I respectfully request an extension.

Accordingly, petitioner request that my time to respond to the merits of respondent's motion be extended thirty days until April 28, 2008. No previous requests have been made. I have not sought or received consent from the respondent.

Thank you for your time and consideration in this matter.

Very truly yours,

Raymond Brown
Pro Se Petitioner.

cc: Assistant District Attorney
Nancy D. Killian
Bronx County
198 East 161st Street
Bronx, New York 10451

Pursuant to the Court's memo endorsement dated Feb. 1, 2008, Petitioner's reply is due May 12, 2008.

SO ORDERED N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.
3-28-2008