

OTA 4847
Great Meadow Correctional Facility
P.O. Box 51
Comstock, New York 12821

June 2, 2008

Hon. Kimba M. Wood, Chief Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Raymond Brown v. LaClaire</u>
07 Civ. 5906 (KMW)

Dear Judge Wood:

    I am the petitioner in the above reference case. On May 27, 2008, I received from ADA Nancy D. Killian's May 21, 2008 affidavit in reply to my Affirmation in Opposition.
    At this time I am anticipating in filing a "sur-reply" to respondent's affidavit in reply but considering the complex issue and my apparent

ability to present the case accordingly. Moreover, I don't have a high school diploma, and I am a barely literate prisoner. Thus, it is necessary that I respectfully request, permission to file a "Sur-reply" and also, request an extension of time to file the motion.

    Accordingly, I request that my time to oppose to the merit of the respondent's reply be extended at least twenty-one (21) business days until July 7, 2008. No previous requests have been made. I have not sought or received consent from the respondent.

    Thank you for your consideration in this matter.

Very truly yours,

Raymond Brown
Pro-Se

cc.
ADA Nancy D. Killian
District Attorney's Office
Bronx County.

---

The Court concludes that surreply papers are unnecessary in this case. See, e.g., Rosa v. City University, No. 04-CV-9139, 2007 WL 1001416, at *1 n.5 (S.D.N.Y. Apr. 2, 2007) (denying plaintiff's request to file a surreply where defendants' reply papers "do not make new or unexpected arguments" and plaintiff had a "full opportunity to address defendants' arguments in [his] opposition papers"). Accordingly, Petitioner's request for leave to file a surreply is denied.

SO ORDERED, N.Y., N.Y.    6-13-08

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.

**GREAT MEADOW CORRECTIONAL FACILITY**
BOX 51
COMSTOCK, NEW YORK 12821-0051
NAME: Brown  DIN: 01A8447

LEGAL MAIL

RECEIVED
SDNY PRO SE OFFICE
2008 JUN -6 P 3: 51

Pro Se Office
United States District Court
Southern District of New York
U.S. Courthouse - 500 PEARL St.
New York, NY 10007

UNITED STATES POSTAGE
02 1A
0004638997
$00.42⁰
JUN 03 2008
MAILED FROM ZIP CODE 12821